# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BUTLER, | No. 2:18-cv-00304-TLN-GGH |
| Petitioner, | |
| v. | ORDER |
| MARK S. INCH, | |
| Respondent. | |

Petitioner appears in this matter pro se. The petition at issue here was filed on February 8, 2018, ECF No. 1, and respondent moved to dismiss on April 23, 2018. ECF No. 11. At that point petitioner had 30 days to oppose or file a statement of non-opposition pursuant to the court's service order of February 20, 2018. ECF No. 3:4-6. Petitioner has filed no response to the motion as of this date. The court notes, however, that on May 23 2018 petitioner filed a notice of change of address with the court which, upon review, suggests that although the order of February 20, 2018 was served by the Clerk of the Court it may not have reached petitioner. Thus, out of an abundance of caution, the court will direct the Clerk of the Court to reserve the motion to dismiss and afford petitioner a period of 30 days to file either an opposition or a statement of non-opposition to the motion.

In light of the foregoing, IT IS HEREBY ORDERED that;

1. The Clerk of the Court shall reserve ECF No. 11 together with this Order on petitioner;

1

2. Petitioner shall have 30 days from the date of this Order to file either an opposition to the respondent's motion to dismiss or a statement of non-opposition.

**IT IS SO ORDERED**.

Dated: May 31, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE